UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL FINANCIAL INVESTMENT CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-06016-JSW<br><br>**ORDER TO SHOW CAUSE** |

This matter was scheduled for an initial case management conference on March 17, 2017. The order setting the case management conference stated: "The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Dkt. No. 13; see also N.D. Cal. Civil L.R. 16-10(a) ("Unless excused by the Judge, lead trial counsel for each party must attend the initial Case Management Conference.").)

Joshua Seth Markowitz, Esq. is listed on the docket as counsel for Defendant Jasbir Walia. Joseph W. Carcione, Jr., Esq., signed the joint case management statement as counsel for Defendant Jasbir Walia. However, neither of these attorneys appeared at the initial case management conference. Instead, Joshua Henderson, Esq. appeared for Defendant Jasbir Walia. Accordingly, Mr. Markowitz and Mr. Carcione are HEREBY ORDERED TO SHOW CAUSE regarding which of them is lead trial counsel for Plaintiff and why the Court should not impose sanctions in the amount of $250.00 against lead trial counsel for his failure to appear and for his failure to comply with the order scheduling the case management conference and Civil Local Rule 16-10(a).

Additionally, neither Mr. Markowitz nor Mr. Carcione has filed a notice of appearance as

1  lead counsel.  Lead trial counsel shall file a notice of appearance as lead counsel.  Any other
2  attorney of record shall, if he has not already done so, file an appropriate notice of appearance.
3      Counsel's response to this Order to Show Cause shall be due by March 24, 2017.
4  **IT IS SO ORDERED.**
5  Dated: March 17, 2017

_____
JEFFREY S. WHITE
United States District Judge